**HARRY M. DRANDELL #109293**
**LAW OFFICES OF HARRY M. DRANDELL**
1060 Fulton Street, Suite 701
Fresno, CA  93721
Phone: (559) 442-1041
Fax: (559) 214-0174
hmdrandell@sbcglobal.net

ATTORNEYS FOR DEFENDANT, ANTHONY MARTINEZ

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>ANTHONY MARTINEZ,<br><br>  Defendant. | Case No.: 1:21-CR-00178-002<br><br>**MOTION TO TERMINATE CJA APPOINTMENT OF HARRY M. DRANDELL AS ATTORNEY OF RECORD AND ORDER** |

    On June 22, 2021, Defendant, Anthony Martinez was indicted on federal charges.  CJA Panel Attorney, Harry M. Drandell was appointed as trial counsel to represent Mr. Martinez on June 25, 2021, in his criminal case.  Mr. Martinez was sentenced pursuant to plea agreement on June 26, 2023.  The time for filing a direct appeal was July 13, 2023.  No direct appeal was filed.  The trial phase of Mr. Martinez's criminal case has, therefore, come to an end.  Having completed his representation of Mr. Martinez, CJA attorney Harry M. Drandell now moves to terminate his appointment under the Criminal Justice Act.

    Should Mr. Martinez require further legal assistance, he has been advised to contact the Office of the Federal Defender for the Eastern District of California by mail at 2300 Tulare Street,

Suite 330, Fresno, CA 93721, or by phone at (559) 487-5561 (collect) or (855) 656-4360 (toll-free), which, if appropriate, will arrange for the re-appointment of counsel to assist him.

Dated: August 11, 2023		HARRY M. DRANDELL
						Law Offices of Harry M. Drandell

				By:	/s/ Harry M. Drandell
						HARRY M. DRANDELL
						Attorney for Defendant,
						ANTHONY MARTINEZ

## O R D E R

Having reviewed the notice and found that attorney Harry M. Drandell has completed the services for which he was appointed, the Court hereby grants attorney Harry M. Drandell's request for leave to withdraw as defense counsel in the matter. Should defendant seek further legal assistance, Defendant is advised to contact the Office of the Federal Defender for the Eastern District of California by mail at 2300 Tulare Street, Suite 330, Fresno, CA 93721, or by phone at (559) 487-5561 (collect) or (855) 656-4360 (toll-free), which, if appropriate, will arrange for the re-appointment of counsel to assist Defendant.

The Clerk of the Court is directed to serve a copy of this Order on Defendant, Anthony Martinez, at the following address and to update the docket to reflect Defendant's pro se status and contact information;

Anthony Martinez; BOP #52186-509
FCI Victorville Medium II
Federal Correctional Institution
P.O. Box 3850
Adelanto, CA  92301

		IT IS SO ORDERED.

				Dated: _____
						UNITED STATES DISTRICT JUDGE

MOTION TO TERMINATE CJA APPOINTMENT OF HARRY M. DRANDELL AS ATTORNEY OF RECORD AND ORDER
- 2 -